SWENY
v.
FERGUSON.

---

## Sweny and Others v. Ferguson, Administratrix, and Others. In Chancery.

Tuesday,
May 6.

THE heirs of *Sweny* filed a bill in chancery against the administratrix and the heirs of *Ferguson*.  The bill states that *Ferguson*, deceased, was the administrator of the estate of the complainants' father; that he sold the property which came into his hands as administrator for a large amount, the most of which he converted to his own use; and that his estate is insolvent.  It further states that *Ferguson*, in his life-time, conveyed a certain tract of land to his son, one of the defendants, for the purpose of defrauding the complainants.  The prayer of the bill is, that a decree be rendered for the amount of the

17

complainants' claim, and that the land so fraudulently convey-
ed be sold to satisfy the same. The bill was taken *pro con-
fesso.*

The *Court*, on examination of the bill, allegations, and proofs,
decreed that the defendants should pay to the complainants
the sum of 491 dollars; and, if the same were not paid on ser-
vice of a copy of the decree, the land should be sold, &c.